UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONY CORMIER (#278001)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-527-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 8, 2014 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion for Preliminary Injunction is DENIED.

Baton Rouge, Louisiana, this 29th day of September, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA