UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONY CORMIER (#278001)

CIVIL ACTION

VERSUS

NO. 14-527-JJB-SCR

DR. JONATHAN ROUNDTREE, ET AL

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 3, 2015 (doc. no. 41). The plaintiff filed an objection which merely restates his prior argument.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motions for Summary Judgment is GRANTED and the claims against them are dismissed for failure to state a claim, predicated on the plaintiff's failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the claims in forma pauperis.

Baton Rouge, Louisiana, this ___9th___ day of July, 2015.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE