UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TONY CORMIER

VERSUS

DR. JONATHAN ROUNDTREE,
ET AL.

CIVIL ACTION

NO. 14-527-JJB

## RULING AND ORDER

Considering the foregoing motion to dismiss (doc. 50);

IT IS ORDERED that the motion be DENIED as moot as the case is closed in this court; and, this court lacks jurisdiction to take any action upon any appeal pending in the Fifth Circuit Court of Appeals.

Baton Rouge, Louisiana, September 18, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1